UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL NELSON FELDMAN,<br><br>Defendant. | Criminal Case No. 19CR4892-CAB<br><br>**RESTITUTION ORDER** |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant EARL NELSON FELDMAN (hereinafter "Defendant") shall pay restitution in the amount of **$1,648,531.40**, as a result of Defendant's conviction for wire fraud, in violation of 18 U.S.C. § 1343. As of the date of this Order, Defendant has repaid the entire amount of restitution.

2. In December 2019, Defendant made payment of the remaining balance of the restitution to the Clerk of the Court in the amount of **$101,087.24.** Pursuant to the agreement of the parties, and order of this Court, restitution in the amount of $**101,087.24** shall be paid to the following victims in the specified amounts:

/ /

/ /

| Victim | Amount |
|---|---|
| Alzheimer's Foundation of America, Inc. | $2,021.74 |
| American National Red Cross | $2,021.74 |
| Anne Frank Center USA | $2,021.74 |
| Avon Foundation Inc. | $2,021.74 |
| Anti-Defamation League | $2,021.74 |
| Art Institute of Chicago | $2,021.74 |
| Boston Museum of Fine Arts | $2,021.74 |
| Boston Symphony | $2,021.74 |
| Breast Cancer Foundation | $2,021.74 |
| Center Theatre Group | $2,021.74 |
| Sterling & Francine Clark Art Institute (Clark Museum) | $2,021.74 |
| Crohns and Colitis Foundation Inc. | $2,021.74 |
| Cygnet Theatre Company | $2,021.74 |
| Cystic Fibrosis Foundation | $2,021.74 |
| Corporation of the Fine Arts Museums (dba Fine Arts Museum of San Francisco, DeYoung Museum) | $2,021.74 |
| De Cordova and Dana Museum and Park | $2,021.74 |
| Del Mar Art Center | $2,021.74 |
| DreamKeepers Project Inc. | $2,021.74 |
| Frick Collection (aka Frick Museum) | $2,021.74 |
| J. Paul Getty Trust (Getty Museum) | $2,021.74 |
| Helen Woodward Animal Center | $2,021.74 |
| Historic Charleston Foundation | $2,021.74 |
| David Lloyd Kreeger Foundation (Kreeger Museum) | $2,021.74 |
| Library Association of La Jolla (member: La Jolla Athenaeum) | $2,021.74 |
| Theatre & Arts Foundation of San Diego County (dba La Jolla Playhouse) | $2,021.74 |

| **Victim** | **Amount** |
|---|---|
| Leukemia & Lymphoma Society, Inc. | $2,021.74 |
| Museum Associates (dba Los Angeles County Museum of Art) | $2,021.75 |
| The Metropolitan Museum of Art | $2,021.75 |
| Muscular Dystrophy Association | $2,021.75 |
| Museum of Arts and Design | $2,021.75 |
| Museum of Contemporary Art San Diego | $2,021.75 |
| Museum of Modern Art | $2,021.75 |
| Museum of Photographic Arts | $2,021.75 |
| Musicians For Education | $2,021.75 |
| Isamu Noguchi Foundation and Garden Museum (aka Noguchi Museum) | $2,021.75 |
| North Coast Repertory Theatre A Non Profit Corporation | $2,021.75 |
| Old Globe Theatre | $2,021.75 |
| Pasadena Playhouse State Theatre of California Inc. | $2,021.75 |
| Pediatric Cancer Research Foundation | $2,021.75 |
| Phillips Collection | $2,021.75 |
| Planned Parenthood Foundation | $2,021.75 |
| San Diego Museum of Art | $2,021.75 |
| San Diego Repertory Theatre Inc. | $2,021.75 |
| Spay-Neuter Action Project (aka SNAP of San Diego) | $2,021.75 |
| Strawberry Banke Museum | $2,021.75 |
| Tate Americas Foundation (American Patrons of Tate) | $2,021.75 |
| ThinkCure Inc. | $2,021.75 |
| UCSF Foundation Investment Company | $2,021.75 |
| Washington Institute For Near East Policy | $2,021.75 |
| Western Reserve Historical Society | $2,021.75 |
| **TOTAL:** | **$101,087.24** |

3. Pursuant to 18 U.S.C. § 3663(a)(1), Defendant shall pay restitution in the amount of **$575,124.00**, as a result of Defendant's conviction for making a false tax return, in violation of 26 U.S.C. § 7206(1). This amount of restitution due to the Internal Revenue Service results from Defendant's fraud and reflects Defendant's additional tax due and owing for the following tax years and in the following amounts:

    a. Tax Year 2012          $172,988.00
    b. Tax Year 2013          $209,132.00
    c. Tax Year 2014          $193,004.00

4. As of the date of this Order, Defendant has paid restitution to the Internal Revenue Service in the amount of **$575,124.00**.

IT IS SO ORDERED.

DATED: 5/28/2020

_____
HON. CATHY ANN BENCIVENGO
United States District Judge